DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS STOVALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-4238

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ilona Maxine Holmes, Judge; L.T. Case No. 12-002982CF10A.

Carey Haughwout, Public Defender, and Melanie L. Casper, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***